# GOODWIN | PROCTER

Annemarie Hassett
212.459.7466
ahassett@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

May 4, 2007

**Via Fax (212-805-6191) & First Class Mail**

The Honorable Barbara S. Jones
United States District Court Judge
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
5/4/09

Re:  **U.S. v. Bobby Saunders, et al.**
     **S2 07 Cr. 3 (BSJ)** - 04

Dear Judge Jones:

I am counsel for Tyrone Moore. I write to advise the Court that at this time Mr. Moore withdraws his request for the hearing on his bail application on May 8 at 4 PM. Mr. Moore will advise the Court at a future time when he is able to proceed with his bail application.

Sincerely,

Annemarie Hassett

cc:  Tyrone Moore (First Class Mail)
     AUSA Elizabeth F. Maringer, Esq. (by email and First Class Mail)

Application withdrawn.

SO ORDERED
Dated:        BARBARA S. JONES
              U.S.D.J.
              5/4/08