UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------:
UNITED STATES OF AMERICA
                                                            :
-v. –
                                                            :   S3 07 Cr. 3 (BSJ)
BOBBY SAUNDERS et al.,
                                                            :
          Defendants.
                                                            :
------------------------------------------------------------X

## NOTICE OF APPEARANCE OF JORDAN WEISS

PLEASE TAKE NOTICE that Jordan D. Weiss, Esq. of Goodwin Procter LLP, hereby enters an appearance as counsel in this matter to assist Annemarie Hassett for Defendant Tyrone Moore, and requests that all papers be served upon said defendant through his undersigned counsel at the address listed below.

Dated: New York, New York
       August 8, 2007

                                        GOODWIN PROCTER LLP

                                By:     /s/ Jordan D. Weiss
                                        Jordan D. Weiss (JW-2517)
                                        599 Lexington Avenue
                                        New York, New York 10022
                                        Tel: (212) 813-8800
                                        Fax: (212) 355-3333

                                        *Attorney for Tyrone Moore*

## CERTIFICATE OF SERVICE

I, Jordan D. Weiss, hereby certify that on this 8th day of August, 2007, I caused a true and correct copy of the foregoing:

- **NOTICE OF APPEARANCE OF JORDAN WEISS**

to be served by FAX and ECF upon the persons listed below.

| | | |
|---|---|---|
| Elizabeth F. Maringer, Esq.<br>Michael Q. English, Esq.<br>U.S. Attorney's Office, S.D.N.Y.<br>One St. Andrews Plaza<br>New York, New York 10007 | Isabelle Kixshner, Esq.<br>Fax: 212-949-S255<br><br>Robert Soloway, Esq.<br>Fax: 571-5507 | Julie Clarke, Esq.<br>Fax: 718-625-6977<br><br>Curtis Farber, Esq.<br>Fax: 212-226-3224 |
| Priya Chaudhry, Esq.<br>Fax: 212-616-3048 | Mitchell Dinnerstein, Esq.<br>Fax: 212-625-3939 | Francisco Celedonio, Esq.<br>Fax: 212-219-4094 |
| Lee Ginsberg, Esq.<br>Fax: 212-962-9696 | Erika Edwards, Esq.<br>Fax: 212-7224966 | Neil Checkman, Esq,<br>Fax: 212-346-4665 |
| Glenn Garber, Esq.<br>Fax: 212-965-9375 | John Burke, Esq.<br>Fax: 718-875-0053 | |
| Toni Messina, Esq.<br>Fax: 212-571-5507 | Steven Frankel, Esq.<br>Fax: 212-732-8460 | |
| Michael Sporn, Bsq<br>Fax:212-791-3047 | Winston Lee, Esq.<br>Fax: 212-964-2926 | |
| Susan Tipograph, Esq.<br>Fax: 212-625-3939 | Bruce McIntyre, Esq.<br>Fax: 212-219-3701 | |