```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- -X
                                         :
UNITED STATES OF AMERICA,                :   07 CR. 03 (BSJ)
                                         :
                                         :           ORDER
        -v-                              :
                                         :
TYRONE MOORE,                            :
                    Defendant.           :
---------------------------------------- -X
```

BARBARA S. JONES, District Judge:

    IT IS HEREBY ORDERED that C.J.A. attorney Annemarie Hassett is replaced by C.J.A. attorney Michael Kim as counsel for defendant Tyrone Moore effective May 15, 2008.

    SO ORDERED.


Dated:   New York, New York
         May 15, 2008

_____
BARBARA S. JONES
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/08